UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

SERGIO RAMIREZ,

    Petitioner,      Case No. 1:19-cv-1087

v.              Honorable Paul L. Maloney

DONALD EMERSON,

    Respondent.
_____/

## **ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.

Dated: February 3, 2020      /s/ Paul L. Maloney
               Paul L. Maloney
               United States District Judge