UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

SERGIO RAMIREZ,

        Petitioner,

Case No. 1:19-cv-1087

v.

Honorable Paul L. Maloney

DONALD EMERSON,

        Respondent.
_____/

## **JUDGMENT**

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED** because the Court lacks jurisdiction to grant relief under § 2241.

Dated:   February 3, 2020                    /s/ Paul L. Maloney
                                                                      Paul L. Maloney
                                                                      United States District Judge